IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DENNIS GILLESPIE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:00-CV-514 |
| | ) | (GUYTON) |
| TENNESSEE VALLEY AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER OF DISMISSAL

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties [Doc. 17] for all proceedings, including entry of judgment. Plaintiffs and defendant have filed a Joint Notice of Voluntary Dismissal [Doc. 20] pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that this case is dismissed, without prejudice, in its entirety, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

                              **ENTER:**

                                       s/ H. Bruce Guyton
                             United States Magistrate Judge